1  **MICHAEL P. KING, ESQ. (State Bar No. 43470)**
   **LIRIT A. KING, ESQ. (State Bar No. 252521)**
2  **Michael P. King, A Professional Corporation**
   **11661 San Vicente Boulevard, Suite 500**
3  **Los Angeles, CA  90049-5113**
   **(310) 996-1101; FAX (310) 996-1121**
4  *mec@mpkinglaw.com*

5  **SAMUEL J. WELLS, ESQ. (State Bar No. 48851)**
   **ARNULFO URIAS, ESQ. (State Bar No. 242986)**
6  **Samuel J. Wells, A Professional Corporation**
   **11661 San Vicente Boulevard Suite 500**
7  **Los Angeles, CA  90049-5113**
   **(310) 207-4456; FAX (310) 207-5006**
8  *thefirm@swellslaw.com*

9  **Attorneys for Plaintiff**

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13  HERMOND DEAN COOPER,              CASE  NO.: CV 99-07902 RSWL
                                      [Honorable Ronald S. W. Lew]
14                       Plaintiff,

15  v.                                ORDER TO DISMISS

16  PASADENA UNIFIED SCHOOL
    DISTRICT; and DOES 1 through ,    Pretrial Conf.: October 14, 2008
17  Inclusive,                        Trial: November 4, 2008

18                       Defendants.

19

20

21  IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice,

22  according to Federal Rule of Civil Procedure 42(a).

23

24

25  Dated: October 7, 2008          / s /
                                    _____
26                                  Hon. Ronald S. W. Lew
                                    Senior United States District Court Judge
27

28

                              ORDER TO DISMISS